UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                                                    ORDER OF DISMISSAL
                                                                                        FOR
**Tronox Incorporated**                                      *FAILURE TO PROSECUTE*
                                                                         *BANKRUPTCY APPEAL*

-----------------------------------------------------X     21-CV-8571 JPC

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                                    BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02//2021
APPELLANT: Curtis Barr (on behalf of Ira Mitzner)
BANKRUPTCY DOCUMENT #: 9539

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

      _X_  FRBP 8009
      ___ Federal Rules of Civil Procedure (Rule _____)
      ___ 28 U.S.C. 1930 - the requirement to pay a filing fee
      ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **July 20, 2022**                                                                          Vito Genna, Clerk
             New York, New York                                                             U.S. Bankruptcy Court, SDNY

                                                                                    By:   _s/ Anatin Rouzeau_
                                                                                                  Deputy Clerk

*ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 21_____ 20 22                          _____
           New York, New York                                               Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                    Ruby J. Krajick , Clerk
                                                                                          District Court, SDNY

                                                                                 By: _____
                                                                                            Deputy Clerk